

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00066-CV

Allan Martin
v.
Greta Yvette Mobley, David Michael Mobley,
Texas Quality Mats, LLC, Texas Quality Gate Guard Services, LLC
and Quality Lease Air Service, LLC

On Appeal from the
329th District Court of Wharton County, Texas
Trial Cause No. 46632

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED AND RENDERED IN PART. Costs of the appeal are adjudged 50% against appellant and against appellee.

We further order this decision certified below for observance.

June 19, 2014